**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOLEY SQUARE DIVISION**

14.1
Index Number: 26-CV-4492
Date Filed: 05/28/2026

ATTORNEY(S) MESIDOR PLLC
30 STATION ROAD SUITE 5 BELLPORT, NY 11713 | PH: (212) 930-6010

**BRIDGET MORRISSEY,**

Plaintiff

*vs*

**CITIBANK N.A.,**

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **6/9/2026**, at **10:43 AM** at **388 Greenwich Street, New York, NY 10078**, Deponent served the within **civil Action Summons, Complaint, Jury Demand** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: CITIBANK N.A.,, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Matt Rivera** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Matt Rivera is as follows:

**Perceived Gender**: Male **Perceived Race**: White **Color of hair:** Gray **Age**: 45
**Height**: 5ft9in-6ft0in **Weight**: 161-200 Lbs. **Other** :

I affirm this day June 9, 2026 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN
Lic # 1188546
JobID 2644226

**Client's File No.:**